IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Mark Kelly, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.:  3-11-cv-03495-JFA |
| | ) | |
| South Carolina Department of Labor, | ) | |
| Licensing and Regulation, Catherine | ) | |
| Templeton, Ron Cook, H. Rion Alvey, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Mark Kelly, and Defendants, South Carolina Department of Labor, Licensing and Regulation, Catherine Templeton, Ron Cook and H. Rion Alvey, by and through their respective attorneys, hereby notify the Court they have reached a settlement in the above-captioned matter. The Parties respectfully request the suspension of all pending deadlines and the entry of a *Rubin* Order dismissing the case without costs and without prejudice to the right of either Party.   Once the settlement agreement is finalized, the Parties will file a Joint Stipulation of Dismissal with Prejudice.

| **PLAINTIFF** | **DEFENDANTS** |
|---|---|
| /s/ Benjamin M. Mabry | /s/ Karen L. Luchka |
| Benjamin M. Mabry, (Fed. I.D. #3250) | Jonathan P. Pearson (Fed. I.D. #3027 |
| Janet E. Rhodes (Fed. I.D. #10521) | FISHER & PHILLIPS LLP |
| MABRY LAW FIRM, LLC | 1320 Main Street, Suite 750 (29201) |
| 300 Candi Lane | Post Office Box 11612 |
| Columbia, SC  29210 | Columbia, SC 29211 |
| (803) 251-2266 | Phone:  (803) 255-0000 |
| bmabry@mabryfirm.com | Facsimile:  (803) 255-0202 |
| jrhodes@mabryfirm.com | jpearson@laborlawyers.com |
|   **Attorneys for Plaintiff** |    **Attorneys for Defendant** |

Dated this 5th day of December 2012

Columbia 362614.1