IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Mark Kelly,<br><br>          Plaintiff,<br><br>vs.<br><br>South Carolina Department of Labor Licensing and Regulation, Catherine Templeton, Ron Cook, and H. Rion Alvey<br><br>          Defendants. | C/A No. 3:11-cv-3495-JFA<br><br>**ORDER** |

The court, having been advised by counsel for the parties that the above action has settled, hereby orders that this action be dismissed without costs and without prejudice. If settlement is not consummated within a reasonable time, either party may, within 60 days, petition the court to reopen the action and restore it to the calendar. See Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, either party may, within 60 days, petition the court to enforce the settlement. Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be <u>with prejudice</u> if no action is taken under either alternative within 60 days from the filing date of this order.

IT IS SO ORDERED.

December 6, 2012                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                           United States District Judge